UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DARRELL CRANE

VERSUS                                         CIVIL ACTION NO. 07-598-JVP-DLD

KMART CORPORATION, ET AL

- CONSOLIDATED WITH -

DARRELL CRANE

VERSUS                                         CIVIL ACTION NO. 07-948-RET-CN

KMART CORPORATION

## ORDER

Considering the foregoing Joint Motion to Dismiss all Claims with Prejudice:

**IT IS HEREBY ORDERED** that this lawsuit (including, but not limited to, both of the lawsuits consolidated herein and the cross claim) be and is hereby dismissed with prejudice, and each party is to bear their/its own costs.

Baton Rouge, Louisiana, this 3d day of October, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1482623_1.DOC1